Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-64 RAJ |
| Plaintiff, | |
| v. | ORDER DENYING MOTION |
| ANTHONY MOSLEY, | TO SET PAYMENT SCHEDULE |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Anthony Mosley's Motion to Set Payment Schedule (Dkt. #330), filed pro se. Having considered the Motion, the Government's Response, and the files and pleadings herein, due to the procedural deficiencies articulated in the Government's response,

IT IS ORDERED that Defendant Anthony Mosley's Motion To Set Payment Schedule (Dkt. #330) is DENIED.

DATED this 6th day of April, 2020.

The Honorable Richard A. Jones
United States District Judge